UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRANE LEE WHITE, | No. 2:19-cv-0462-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MIN HLAING, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 30, 2019, the court dismissed his complaint with leave to amend within thirty days. ECF No. 9. On May 20, 2019, plaintiff notified the court that he has received some, but not all, of the relief he sought by way of his initial complaint. ECF No. 12. To the extent plaintiff wishes to continue with this action, he is required to file an amended complaint as directed. In an abundance of caution, the court will construe plaintiff's May 20, 2019 filing as a request for an extension of time. So construed, the request (ECF No. 12) is granted, and plaintiff shall file an amended complaint within thirty days of the date of this order. Failure to so comply will result in a recommendation of dismissal for the reasons stated in the court's April 30, 2019 screening order.

    So ordered.

DATED: May 23, 2019.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE